ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                )
                                            )
Violet Dock Port, Inc., LLC                 )       ASBCA No. 58746
                                            )
Under Contract No. N00033-09-C-5300         )

APPEARANCES FOR THE APPELLANT:              Karl Dix, Jr., Esq.
                                            Garrett E. Miller, Esq.
                                              Smith, Currie & Hancock LLP
                                              Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:             Ronald J. Borro, Esq.
                                              Navy Chief Trial Attorney
                                            Stephen D. Tobin, Esq.
                                              Trial Attorney

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 180 days of the date of this Order.

Dated: 28 January 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58746, Appeal of Violet Dock Port, Inc., LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals